## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Price, Charles J

Printed:  2/19/08

Case Number:  04 B 30398
Judge:  Wedoff, Eugene R
Filed:  8/16/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  December 13, 2007
Confirmed:  October 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 19,965.00 |  |
| Secured: |  | 2,399.75 |
| Unsecured: |  | 14,990.27 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,510.00 |
| Trustee Fee: |  | 1,037.14 |
| Other Funds: |  | 27.84 |
| Totals: | 19,965.00 | 19,965.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 1,510.00 | 1,510.00 |
| 2. | Capital One Auto Finance | Secured | 13,333.53 | 2,399.75 |
| 3. | Resurgent Capital Services | Unsecured | 731.30 | 316.85 |
| 4. | Capital One Auto Finance | Unsecured | 677.99 | 267.46 |
| 5. | Discover Financial Services | Unsecured | 10,398.85 | 4,506.06 |
| 6. | Discover Financial Services | Unsecured | 8,416.29 | 3,647.01 |
| 7. | RoundUp Funding LLC | Unsecured | 8,321.86 | 3,606.10 |
| 8. | ECast Settlement Corp | Unsecured | 6,108.04 | 2,646.79 |
| 9. | Washington Mutual Home Loan | Secured |  | No Claim Filed |
| 10. | Sams Club | Unsecured |  | No Claim Filed |
|  |  |  | $ 49,497.86 | $ 18,900.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 193.05 |
| 4% | 47.20 |
| 3% | 38.40 |
| 5.5% | 344.88 |
| 5% | 114.74 |
| 4.8% | 175.82 |
| 5.4% | 123.05 |
|  | $ 1,037.14 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Price, Charles J

Printed:  2/19/08

Case Number:  04 B 30398
Judge:  Wedoff, Eugene R
Filed:  8/16/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: